IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Cole, Marvin | Case Number:  06 B 11149 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/8/08 | Filed:  9/7/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 19, 2007
Confirmed: December 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,279.00 | |
| Secured: | | 693.87 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 521.29 |
| Trustee Fee: | | 63.84 |
| Other Funds: | | 0.00 |
| Totals: | 1,279.00 | 1,279.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 521.29 |
| 2. | Greater Suburban Acceptance Co | Secured | 4,508.23 | 693.87 |
| 3. | HSBC Auto Finance | Unsecured | 0.00 | 0.00 |
| 4. | Greater Suburban Acceptance Co | Unsecured | 193.20 | 0.00 |
| 5. | Jesse Brown VA Medical Center | Unsecured | 29.90 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 260.84 | 0.00 |
| 7. | Capital One | Unsecured | 100.16 | 0.00 |
| 8. | Verizon Wireless | Unsecured | 39.95 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 96.69 | 0.00 |
| 10. | Internal Revenue Service | Priority | | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 12. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 13. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 14. | Credit Union One | Unsecured | | No Claim Filed |
| 15. | Discover Financial Services | Unsecured | | No Claim Filed |
| 16. | GE Capital Auto Financial Services | Unsecured | | No Claim Filed |
| 17. | US Cellular | Unsecured | | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 19. | Pay Day Loans | Unsecured | | No Claim Filed |
| 20. | Santa Barbara Bank & Trust | Unsecured | | No Claim Filed |
| 21. | Sun Cash | Unsecured | | No Claim Filed |
| 22. | TeleCheck | Unsecured | | No Claim Filed |
| 23. | Capital Bank | Unsecured | | No Claim Filed |
| 24. | Atlantic Loan Co | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cole, Marvin | Case Number: 06 B 11149 |
| | Judge: Hollis, Pamela S |
| Printed: 1/8/08 | Filed: 9/7/06 |

```
                                              _____        _____
                                              $ 8,228.97        $ 1,215.16
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|:---:|:---:|
| 4.8% | 41.81 |
| 5.4% | 22.03 |
| | _____ |
| | $ 63.84 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

